LSK&D #: 564-4005 / 674979

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
MITCHELL BENESOWITZ,

                                      Plaintiff,

-against-

METROPOLITAN LIFE INSURANCE
COMPANY, PLAN ADMINISTRATOR of
HONEYWELL LONG TERM DISABILITY
INCOME PLAN and HONEYWELL LONG
TERM DISABILITY INCOME PLAN,

                                        Defendants.
-------------------------------------------------------------x

Case No. 04-CV-0805
(TCP)(MLO)

**AFFIDAVIT OF LAURA SULLIVAN**

STATE OF ILLINOIS      )
                                  ss.:
COUNTY OF COOK     )

    I, Laura Sullivan, being duly sworn, depose and state as follows:

    1.    I am employed by Metropolitan Life Insurance Company ("MetLife") as a Business Consultant. I have held this position since 1992. I make this Affidavit in support of defendants' Motion for Summary Judgment in the above-captioned lawsuit.

    2.    As part of my job responsibilities, I am familiar with plaintiff Mitchell Benesowitz's ("Benesowitz") claim for long-term disability ("LTD") benefits under the Honeywell International Inc. ("Honeywell") LTD Plan (the "Plan"). I am also familiar with the files and records pertaining to Benesowitz's claim for LTD benefits under the Plan, which files and records have been routinely kept by MetLife in the ordinary course of its business.

3. MetLife issued its group policy no. 102781-1-G (the "Policy") to Honeywell to fund LTD benefits under the Plan. Attached hereto as Exhibit "A" is a true copy of MetLife's Policy including the Certificate of Insurance.

4. MetLife administers claims for LTD benefits under the Plan.

5. Attached hereto as Exhibit "B" is a true and complete copy of MetLife's claim file with respect to Benesowitz's LTD benefits claim.

_____
LAURA SULLIVAN

Sworn to and subscribed before
me this 29 day of March, 2005

_____
Notary Public

```
"OFFICIAL SEAL"
CINDY S. BROADWATER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/30/2008
```